THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
: 
SHS ACK LLC, :
: Index No. 7:21-cv-06277-PMH
Plaintiff, :
:
: **NOTICE OF APPEARANCE**
-against- :
:
:
STUART SILBERBERG, :
:
Defendant. :
:
:
---------------------------------------- X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

    **PLEASE TAKE NOTICE** that Anthony T. Wladyka, III, Esq. of Raimondi Law, P.C., an attorney authorized to practice in this court, hereby appears in the above-entitled action for Defendant, Stuart Silberberg, and hereby requests that he be notified of all filings by NYSCEF.

Dated: Massapequa, New York
      September 14, 2021

                                        RAIMONDI LAW, P.C.

                                        By: _____
                                        Anthony T. Wladyka, III
                                        *Attorneys for Defendant*
                                        *Stuart Silberberg*
                                        552 Broadway
                                        Massapequa, New York 11758
                                        Tel.: (516) 308-4462