UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SHS ACK, LLC,

                Plaintiff,

v.

STUART SILBERBERG,

                Defendant,
---------------------------------------------------------X

**ORDER**

21-cv-06277 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared via telephone for a conference today at 2:00 p.m.. Oral argument was had on the record.

    For the reasons indicated on the record and law cited therein, defendant's motion to transfer venue to the United States District Court for the District of Massachusetts is GRANTED.

    Accordingly, the Clerk of the Court is respectfully directed to transfer this action to United States District Court for the District of Massachusetts pursuant to Local Civil Rule 83.1.

SO ORDERED:

Dated: White Plains, New York
         December 22, 2021

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge