UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X

SHS ACK, LLC,

        Plaintiff,

    v.

STUART SILBERBERG,

        Defendant.

_____X

Case No. 1:21-cv-12121-AK

**PLAINTIFF'S MOTION TO COMPEL NON-PARTY ASHCROFT SULLIVAN SPORTS VILLAGE LENDER, LLC TO COMPLY WITH DOCUMENT SUBPOENA**

NOW COMES Plaintiff, SHS ACK, LLC ("Plaintiff" or "SHS") and hereby moves this Court, pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) for an Order compelling non-party, Ashcroft Sullivan Sports Village Lender, LLC ("ASSVL") to comply with the Subpoena to Produce Documents ("Subpoena") served upon it by SHS.

ASSVL has not produced any documents in response to the Subpoena on the basis of its objection to the time period covering the requested documents, seeking to limit the scope of time to several months prior to the execution of the Loan Documents[1] sued upon in this case in June 2016. However, ASSVL has been intimately involved in the Project at issue since its inception in late 2015/early 2016 through the present, as it continues to be actively involved in the Borrower's Bankruptcy Case, including as a co-sponsor of the Borrowers' reorganization plan. Thus, the time period of June 2015 to present contained in the Subpoena is necessary and appropriate to capture the full extent of ASSVL's relevant conduct.

---

[1] Unless otherwise stated herein, Plaintiff hereby incorporates all definitions and abbreviations contained in the Complaint with full force and effect as if fully reiterated herein.

WHEREFORE, for these reasons and as further set forth in the accompanying Memorandum of Law, Plaintiff SHS ACK, LLC seeks an Order as follows:

a) Compelling ASSVL to produce all documents requested in the Subpoena within seven (7) days of an order granting this Motion, pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i); and

b) Grant such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    SHS ACK, LLC

    By its attorneys,

    /s/ *Thomas H. Curran*
    Thomas H. Curran, BBO# 550759
    tcurran@curranantonelli.com
    Peter Antonelli, BBO# 661526
    pantonelli@curranantonelli.com
    Christopher Marks BBO# 705612
    cmarks@curranantonelli.com
    William Gagas, BBO# 682779
    wgagas@curranantonelli.com
    Curran Antonelli, LLP
    Ten Post Office Square, Suite 800 South
    Boston, MA 02109
    Telephone: (617) 207-8670

Dated: May 4, 2022     Fax: (617) 850-9001

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that the parties to this motion have conferred and have attempted in good faith to resolve and/or narrow the issues raised by this motion, but were unable to do so.

Dated: May 4, 2022      */s/ Thomas Curran*
    Thomas Curran

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff believes oral argument may assist the Court in determining this motion, and requests that the Court set the motion down for hearing on a date convenient to the Court.

Dated: May 4, 2022                                                   */s/ Thomas Curran*
                                                                               Thomas Curran

## CERTIFICATE OF SERVICE

I, William Gagas, hereby certify that on this 4th day of May 2022, a copy of the foregoing was filed electronically. Notice of this will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William Gagas*
William Gagas